■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DARLINGTON, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered on or about July 2, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Milonas, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK C., Appellant.—Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered on or about March